Scott against Charles G. Conn. H. J. McCormick, for appellant. C. D. Ridgway, for respondent. No opinion. Judgment affirmed, with costs.

SEARLE et al. v. CORPORATION LIQUIDATING CO. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by George R. Searle and others against the Corporation Liquidating Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

SEEMANN, Respondent, v. CENTRAL BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Edward Seemann against the Central Brewing Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEIDEN, Appellant, v. EPSTEIN, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Frank Seiden against Hyman Epstein. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

SELIGMAN v. BENJAMIN. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Washington Seligman against Alfred N. Benjamin. No opinion. Appeal dismissed, with $10 costs.

SHAPER, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by John H. Shaper against Mary E. C. Davis.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and of fact, unless the plaintiff stipulates to reduce the verdict by deducting therefrom the sum of $103 as of the date of the rendition thereof, in which event the judgment, as so modified, and the order, are affirmed, without costs of this appeal to either party. Held, that the evidence does not satisfactorily establish that the defendant was suffering from the disease claimed by the plaintiff, and which warranted a charge of two dollars per day from the 25th day of January to the 15th day of July, 1902, as allowed by the referee.

SPRING and STOVER, JJ., dissent.

SHEEHAN v. ERBE. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by William Sheehan against William Erbe. No opinion. Motion denied, with $10 costs.

SIBBERN, Respondent, v. REISNER, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Rudolph T. Sibbern against Harry Reisner.

No opinion. Judgment of the Municipal Court affirmed, by default, with costs.

SILER, Respondent, v. BATH & H. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Charles Siler against the Bath & Hammondsport Railroad Company.

PER CURIAM. Order granting new trial reversed, with costs, and judgment directed in favor of the defendant upon the verdict. Held that, the jury having found the plaintiff was not free from contributory negligence, he was not entitled to recover, even although the defendant was guilty of negligence.

SIMPSON v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Frederick P. Simpson against the city of New York. No opinion. Motion granted, with $10 costs.

SMITH, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by Edward Smith against Maria A. Herter. H. B. Wesselman, for appellant. P. S. Menken, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SMITH, Respondent, v. HERTER, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Edward Smith against Maria A. Herter. B. L. Kraus, for appellant. P. S. Menken, for respondent. No opinion. Judgment affirmed, with costs.

SMITH, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Nicholas Smith, by his guardian ad litem, Catharine Smith, against Jose Berre King and George R. King. No opinion. Judgment and order unanimously affirmed, with costs.

SMITH, Respondent, v. LAZIER GAS ENGINE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Henry Smith against the Lazier Gas Engine Company. No opinion. Judgment and order affirmed, with costs, upon opinion of NASH, J., delivered at Special Term.

SEIDENSPINNER, Respondent, v. METROPOLITAN LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Emelie R. Seidenspinner against the Metropolitan Life Insurance Company. No opinion. Judgment affirmed, with costs, on the authority of same case in this court. 70 App. Div. 476, 74 N. Y. Supp. 1108.

SOMERS, Respondent, v. GUDE, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by John H. Somers against Oscar J. Gude. A. S. Gilbert, for appellant. J. H. Land, for respondent.